**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERA MIESHA DIXON, | No. SACV 08-1308-VAP(CW) |
|     Petitioner, | JUDGMENT |
|     v. | |
| CARLOS LUNA (Warden), | |
|     Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 28, 2011

VIRGINIA A. PHILLIPS
United States District Judge